UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**SHAYA RESTAURANT, LLC**                               **CIVIL ACTION**

**VERSUS**                                              **NO. 17-10935**

**ALON SHAYA, ET. AL.**                                 **SECTION "B"(1)**

<u>**ORDER**</u>

Considering Alon Shaya and Chef Alon Shaya LLC's (collectively "Chef Shaya") "Ex Parte Motion for Leave to File Reply Brief" (Rec. Doc. 31),

**IT IS ORDERED** that Chef Shaya's Motion is **DENIED** in view of Oral Argument that will be received tomorrow, Wednesday, February 7, 2018 during hearing of the underlying injunction motion.

New Orleans, Louisiana, this 6th day of February, 2018.

_____
SENIOR UNITED STATES DISTRICT JUDGE